# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3874

_____

EARL OGDEN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

May 10, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Earl Ogden, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.